AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

CHARLES W. MATTHEWS,

|  |  |
|---|---|
| _____ )<br>*Plaintiff* ) | |
| v. ) | Civil Action No.  2:15-CV-00258-JLQ |
| LINE CONSTRUCTION BENEFIT FUND, ) | |
| ) | |
| _____ | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

✔  other:  The Stipulation to Order of Dismissal is GRANTED.  Judgment of dismissal of the First Amended Complaint and the
claims there in WITH PREJUDICE and without costs or attorneys' fees awarded to either party.  File closed.

This action was *(check one)*:

❒  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision
was reached.

❒  decided by Judge _____ on a motion for

Date:  March 22, 2016_____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Cheryl Cambensy
_____
*(By) Deputy Clerk*

Cheryl Cambensy
_____